PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Samuel Graves

Cr.: 2:14CR00094-1
PACTS #: 54720

Name of Sentencing Judicial Officer:   The Honorable Jose L. Linares
United States District Judge

Date of Original Sentence: 02/27/14

Original Offense: Escape

Original Sentence: 15 months imprisonment; 12 months supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: 07/30/14

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The offender violated the standard condition of supervised release which states, "Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released."**<br><br>The offender was released from the Bureau of Prisons on July 30, 2014, and failed to report to any probation office until August 4, 2014. |
| 2 | **The offender violated the special condition of supervised release which states, "You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition."**<br><br>On August 4, 2014, the offender provided a urine sample which tested positive for THC. The offender admitted to using marijuana the weekend prior to reporting to the probation office. |

PROB 12A - Page 2
Samuel Graves

U.S. Probation Officer Action:

As a result of these violations, the offender was subject to a verbal reprimand from Supervising U.S. Probation Officer Kevin Mullens. Additionally, the offender was referred for a substance abuse assessment and will be referred for outpatient substance abuse counseling at Turning Point, a treatment facility located in Paterson, New Jersey.

Respectfully submitted,
By: Patrick Hattersley
U.S. Probation Officer
Date: 09/06/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/9/14
Date